UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREW HILLBURY, | CIVIL ACTION NO. |
| PLAINTIFF, | |
| v. | |
| THE UNIVERSITY OF HARTFORD and ELLUCIAN COMPANY L.P., | |
| DEFENDANTS. | AUGUST 8, 2019 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants The University of Hartford and Ellucian Company L.P. (collectively "Defendants") file this Notice of Removal in accordance with 28 U.S.C. §§ 1331, 1441, and 1446. Defendants remove this action from the Superior Court of the State of Connecticut, Judicial District of Hartford (the "Superior Court Action") to the United States District Court for the District of Connecticut. As their reasons for removal, Defendants state:

1. By Summons and Complaint, Plaintiff Andrew Hillbury commenced a civil action against Defendants in the Connecticut Superior Court captioned *Andrew Hillberry v. The University of Hartford and Ellucian Company Limited Partnership*, Docket No. Number HHD-CV19-6114447-S, with a return date of August 6, 2019.

2. A true and correct copy of the Summons and Complaint served by Plaintiff on Defendants is attached hereto as Exhibit A and constitutes all processes, pleadings and orders served upon Defendants in this action to the present date. 28 U.S.C. § 1446(a).

3. This Notice of Removal is being filed within 30 days of the date on which

Defendants were served with a copy of the Complaint in the Superior Court Action. 28 U.S.C. § 1446(b).

4. This Court has original "federal question" jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiff's four-count complaint alleges that Defendants violated the Family Medical Leave Act, 29 U.S.C. § 2612 et seq. This Court has supplemental jurisdiction over the remaining claim pursuant to 28 U.S.C. § 1446. Accordingly, the Complaint is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

5. This Notice of Removal is being filed in the United States District Court for the District of Connecticut, where the Superior Court Action is pending. 28 U.S.C. §§ 1441 and 1446(a).

6. Attached hereto as <u>Exhibit B</u> is a copy of the Notice to Superior Court, Judicial District of Hartford, of Filing of Notice of Removal, the original of which is being filed with the Superior Court. 28 U.S.C. § 1446(d).

7. By filing this Notice of Removal, Defendants do not waive any defenses available to them at law, in equity or otherwise, or concede that Plaintiff has pled claims upon which relief may be granted.

WHEREFORE, Defendants respectfully request that the above-captioned matter now pending in the Superior Court, Judicial District of Hartford, Connecticut be removed to this Court.

Dated at New Haven, Connecticut this 8th day of August, 2019.

Respectfully submitted,

*/s/ Elizabeth R. McKenna*

Lori B. Alexander (CT08970)
Elizabeth R. McKenna (CT28113)
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street, Suite 300
New Haven, CT 06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
lalexander@littler.com
emckenna@littler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August, 2019, a copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Emanuele R. Cicciello, Esq.
Cicchiello & Cicchiello
364 Franklin Avenue
Hartford, CT 06114

                                                */s/ Elizabeth McKenna*
                                                Elizabeth R. McKenna